PFE/EJC/LCP: Feb. 2024

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. |
| ) | |
| **BERT EUGENE NEFF,** ) | |
| ) | |
| **Defendant.** ) | |

## INFORMATION

The United States Attorney charges that:

### Introduction

1.  The defendant, **BERT EUGENE NEFF**, was a real estate investor, insurance restoration professional, and youth baseball coach. At all times relevant to the Information, the defendant was a resident of Marion County, Indiana. Starting in at least May 2023 and continuing through at least January 2024, the defendant, **BERT EUGENE NEFF**, took steps to obstruct justice—destroying evidence, tampering with witnesses, and providing false statements to the Federal Bureau of Investigation ("FBI")—all in an effort to interfere with an investigation into suspicious gambling activity surrounding a National Collegiate Athletic Association ("NCAA") Division 1 baseball game.

## Other Relevant Individuals and Entities

2.  University-1 is a public university in the State of Alabama. At all times relevant to the Information, Individual-1 was employed by University-1 in connection with University-1's NCAA Division 1 baseball team.

3.  University-2 is a public university in the State of Louisiana. On or about April 28, 2023, University-1 and University-2 played each other in an NCAA baseball game. The April 28, 2023 game was game one of a three-game series.

4.  Gambler-1 was an associate of the defendant. At all relevant times, Gambler-1 was a resident of Johnson County, Indiana. Gambler-1 wagered on the April 28, 2023 baseball game between University-1 and University-2.

5.  Gambler-2 was an associate of the defendant. At all relevant times, Gambler-2 was a resident of Marion County, Indiana. Gambler-2 wagered on the April 28, 2023 baseball game between University-1 and University-2.

6.  Gambler-3 was an associate of the defendant. At all relevant times, Gambler-3 was a resident of Johnson County, Indiana. Gambler-3 wagered on the April 28, 2023 baseball game between University-1 and University-2.

7.  Gambler-4 was an associate of the defendant. At all relevant times, Gambler-4 was a resident of Marion County, Indiana. Gambler-4 wagered on the April 28, 2023 baseball game between University-1 and University-2.

**Background**

8.      On or about April 28, 2023, University-1 played University-2 in an NCAA Division 1 baseball game. Prior to the game, Individual-1 sent a series of messages to the defendant using Signal, an encrypted messaging service for instant messaging, voice, and video calls. The messages from Individual-1 informed the defendant, in sum and substance, that University-1's starting pitcher was injured and would not be able to pitch that day.

9.      During the course of this exchange, the defendant took screenshots containing portions of these messages and sent them to others using Signal. In an encrypted message to Gambler-1, the defendant wrote, "Now they are throwing a bigger turd … f--- man!!! F---[.]" In an encrypted message to Gambler-3, the defendant wrote that the game "[b]ecame a 10000000000% winner." The defendant also placed a phone call to Gambler-4 on the evening of April 28, 2023. The defendant, Gambler-1, Gambler-2, Gambler-3, and Gambler-4 all wagered on the April 28, 2023 baseball game between University-1 and University-2.

10.     On or about May 4, 2023, University-1 terminated Individual-1. That same day, the defendant, **BERT EUGENE NEFF**, replaced his mobile device and purchased a new cell phone at a Verizon authorized retailer in Newport, Kentucky.

11.     On or about May 19, 2023, the defendant, **BERT EUGENE NEFF**, replaced his mobile device again. Three days later, on or about May 22, 2023, the

defendant submitted an insurance claim for the cell phone, writing, "I had the phone for 2 weeks n it fell into water last Friday when I was fishing . . . ."

12. During this time period, the defendant, **BERT EUGENE NEFF**, advised Gambler-1 and Gambler-3 on multiple occasions that they should delete the Signal application from their phones and/or destroy their mobile devices.

13. On or about August 1, 2023, the defendant, **BERT EUGENE NEFF**, was interviewed in the presence of his attorney by the FBI and the U.S. Attorney's Office ("USAO") regarding a federal investigation. Among other things, the defendant was asked about his relationship with Individual-1 and suspicious gambling activity surrounding the University-1 and University-2 baseball game. The defendant was informed at the outset of the interview that lying to federal law enforcement agents is a crime. The defendant indicated that he understood.

14. Despite this, the defendant, **BERT EUGENE NEFF**, provided false information to, and withheld information from, the FBI and the USAO during the interview. In particular, the defendant falsely stated that he had placed his wager on the University-1 and University-2 baseball game at the BetMGM Casino after receiving information that University-1's starting pitcher was injured, but before receiving confirmation from Individual-1 that the pitcher was definitely going to be out of the game. In fact, as the defendant then well knew, he had caused additional wagers to be placed on the game after receiving confirmation from Individual-1

about the pitcher's status. When employees at the BetMGM Casino declined to take additional wagers from the defendant, he traveled to Belterra Park Cincinnati and placed an additional wager on the University-1 and University-2 baseball game using a FanDuel betting kiosk. The defendant also caused a wager to be placed using a FanDuel account in the name of Gambler-4. FanDuel is a gambling platform that offers sports wagering services online and at betting kiosks.

15. After the interview with the FBI and the USAO, the defendant, **BERT EUGENE NEFF**, discussed his meeting with law enforcement with Gambler-1. The defendant continued to advise Gambler-1 following the interview that he should delete the Signal application and/or destroy his mobile device.

16. On or about October 2, 2023, FBI agents served grand jury subpoenas on Gambler-1, Gambler-2, Gambler-3, and Gambler-4. A short time later, Gambler-1 discussed the grand jury subpoena with the defendant, **BERT EUGENE NEFF**. During that conversation, the defendant advised Gambler-1 not to comply with the subpoena, telling him, in sum and substance, that "If I was you, I would not go."

17. On or about October 23, 2023, Gambler-1 and Gambler-2 traveled together from Indianapolis, Indiana, to Birmingham, Alabama. During that drive, the defendant attempted repeatedly to contact Gambler-1. The defendant and Gambler-1 exchanged approximately twenty text messages and thirteen phone calls that day. This culminated in a three-way telephone call between the defendant,

Gambler-1, and Gambler-2 that lasted approximately one hour and twenty-one minutes. During that one-hour twenty-one-minute telephone call, the defendant described certain events surrounding a recruiting trip that Individual-1 had made to Mooresville, Indiana, on or about April 19, 2023; and gambling activity surrounding the April 28, 2023 baseball game between University-1 and University-2.

18.   The next day, on October 24, 2023, Gambler-1, Gambler-2, and Gambler-4 testified before a grand jury sitting in the Northern District of Alabama. After their testimony, Gambler-1, Gambler-2, and Gambler-4 traveled from Birmingham, Alabama to Indianapolis, Indiana. During the drive to Indiana, the defendant, **BERT EUGENE NEFF**, contacted Gambler-4 and sought to obtain additional information about the grand jury testimony that each had provided.

19.   On or about January 2, 2024, the defendant, **BERT EUGENE NEFF**, met with Gambler-1 in person and attempted to discuss the federal investigation.

## COUNT ONE
## Obstruction of Justice
## [18 U.S.C. § 1503(a)]

20.   The factual allegations of paragraphs 1 through 19 of this Information are realleged as though fully set forth herein.

21. From in or about May 2023, through at least January 2024, in the Northern District of Alabama and elsewhere, the defendant,

**BERT EUGENE NEFF,**

did corruptly influence, obstruct and impede or endeavor to influence, obstruct and impede the due administration of justice and a federal grand jury in the Northern District of Alabama by destroying his mobile devices, instructing others to delete the Signal application or destroy their mobile devices, making false statements to the FBI and USAO, and attempting to influence the testimony of multiple witnesses before a federal grand jury in the Northern District of Alabama.

All in violation of Title 18, United States Code, Section 1503(a).

PRIM F. ESCALONA
United States Attorney

*/s/ electronic signature*
Edward J. Canter
Assistant United States Attorney

*/s/ electronic signature*
Lloyd C. Peeples, III
Assistant United States Attorney